IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | Case No. 3:93CR0000203 |
| v. | ) ) | (Financial Litigation Unit) |
| CALVIN DUNLAP | ) ) ) | |

_____

**ORDER**

This matter is before the Court on the petition of the United States for remission of the unpaid portion of the criminal fine and/or assessment owed by the defendant, Calvin Dunlap in accordance with the provisions of 18 U.S.C. § 3573.

It appearing to the Court that reasonable efforts to collect the fine and/or assessment are not likely to be effective, and for other good cause shown, it is

ORDERED, ADJUDGED, and DECREED that the above stated fine and/or assessment is hereby remitted.

Signed: December 9, 2015

Robert J. Conrad, Jr.
United States District Judge